Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

**CORNERSTONE CHEMICAL COMPANY,**

                       **Plaintiff,**

v.

**UNITED STATES,**

                       **Defendant.**

**SUMMONS**

**Court No. 25-00005**

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Cornerstone Chemical Company ("Cornerstone") is a U.S. producer of the domestic like product and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Cornerstone participated as the Petitioner in the U.S. Department of Commerce's ("Commerce") antidumping duty investigation of melamine from the State of Qatar and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Cornerstone contests certain aspects of Commerce's negative final determination in the antidumping duty investigation of melamine from the State of Qatar. *See Melamine From Qatar: Final Negative Determination of Sales at Less Than Fair Value and Final Negative Determination of Critical Circumstances*, 89 Fed. Reg. 97,592 (Dep't Commerce Dec. 9, 2024). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(ii).
   (Brief description of contested determination)

3. Commerce's final determination was signed on December 2, 2024.
   (Date of determination)

3. Commerce's final determination was published in the Federal Register on December 9, 2024. *Melamine From Qatar: Final Negative Determination of Sales at Less Than Fair Value and Final Negative Determination of Critical Circumstances*, 89 Fed. Reg. 97,592 (Dep't Commerce Dec. 9, 2024).
   (If applicable, date of publication in Federal Register of notice of contested determination)

Stephen J. Orava
Patrick J. McLain
Nicholas Paster

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
sorava@kslaw.com

<u>/s/ Stephen J. Orava</u>
Signature of Plaintiff's Attorney

<u>January 8, 2025</u>
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)